UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No.  4:22-cr-00527 JAR |
| | ) | |
| ERIC D. GOODWIN, | ) | |
| | ) | |
| Defendant. | ) | |

**INFORMATION**

**COUNT I**

The United States Attorney charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defines the term:

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

(b) "sexually explicit conduct" to mean actual or simulated

   (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device.  (18 U.S.C.§2256(6)).

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

> (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

> (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign telephone lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. From on or about May 1, 2022, and June 13, 2022, in the Eastern District of Missouri, and elsewhere,

**ERIC D. GOODWIN,**

the defendant herein, having previously been convicted of the offense of possession of child pornography in violation of 18 U.S.C. 2252A in cause no. 4:19-CR-556-AGF and received a sentence of two years imprisonment on October 14, 2020, did knowingly possess material that contained image files and video files of child pornography that had been transported using any means and facility of interstate and foreign commerce or in and affecting interstate and foreign commerce by any means, including by computer, to wit the defendant knowingly possessed image

files and video files of child pornography via the internet utilizing a computer, to include but not limited to the following:

a. A video file depicting an infant under one year of age who was held down between an adult's legs while the adult male fondled his penis on the baby. The baby cried and kicked his feet, and

b. A video file depicting an infant of under six months of age laying on his stomach with his back arched while an adult male repeatedly touched his erect penis on the baby's anus,

in violation of 18 U.S.C. § 2252A(a)(5)(B).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


 *s/Jillian S. Anderson*
Jillian S. Anderson, #53918MO
Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Jillian S. Anderson, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

        *s/Jillian S. Anderson*
        Jillian S. Anderson, #53918MO

Subscribed and sworn to before me this  13th  day of September 2022.

        /s/ Gregory J. Linhares
        CLERK, U.S. DISTRICT COURT

By:  /s/ David L. Braun
        DEPUTY CLERK